<u>No. 21-15295</u>

# IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

———————

APACHE STRONGHOLD,

*Plaintiff-Appellant,*

v.

UNITED STATES OF AMERICA, ET AL.,

*Defendants-Appellees.*

APPEAL FROM THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF ARIZONA

**MOTION OF THE NATIONAL CONGRESS OF AMERICAN INDIANS, A TRIBAL ELDER, AND OTHER FEDERAL INDIAN LAW SCHOLARS AND ORGANIZATIONS TO FILE AN *AMICI CURIAE* BRIEF IN SUPPORT OF PLAINTIFF-APPELLANT'S EMERGENCY MOTION FOR AN INJUNCTION PENDING APPEAL**

Michalyn Steele
Professor of Law
Brigham Young University
J. Reuben Clark Building
Provo, Utah 84602
steelem@law.byu.edu
Telephone: (801) 422-3239

Stephanie H. Barclay
  *Counsel of Record*
Associate Professor of Law
Director, Religious Liberty
Initiative
Notre Dame Law School
3120 Eck Hall of Law
Notre Dame, IN 46556
stephanie.barclay@nd.edu
Telephone: (574) 631-6898

*Attorneys for* Amici Curiae

March 2, 2021

## RULE 26.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure *amici curiae* state that *amici* the National Congress of American Indians, the MICA Group, and the International Council of Thirteen Indigenous Grandmothers have neither a parent company nor any publicly held corporation that owns 10% or more of its stock. *Amici* further state that *amici* Ramon Riley, Vickie Sutton, and Marcia Zug are natural persons and, therefore, have neither any parent corporations nor any shares that could be owned by any publicly held corporation.

## MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF

The National Congress of American Indians, Ramon Riley, the MICA Group (Multicultural Initiative for Community Advancement), the International Council of Thirteen Indigenous Grandmothers, and Professors Vickie Sutton and Marcia Zug respectfully move this Court for leave to file an *amicus curiae* brief, in support of Plaintiff-Appellant's Emergency Motion for an Injunction Pending Appeal.  A copy of the brief has been submitted with this motion.

I.    INTERESTS OF THE *AMICI.*

*Amici* are the National Congress of American Indians, a Tribal Elder, other Native American cultural heritage and rights organizations, and

1

Federal Indian Law Scholars.

The National Congress of American Indians ("NCAI") is the oldest, largest, and most representative organization comprised of American Indian and Alaska Native tribal governments and their citizens. Its mission is to promote better education about the rights of Tribal Nations and to improve the welfare of American Indians and Alaska Natives, including working to protect and preserve sacred spaces and areas of cultural significance located on ancestral lands.

Ramon Riley is a respected Apache elder who serves as the White Mountain Apache Tribe's Cultural Resource Director, NAGPRA Representative, and Chair of the Cultural Advisory Board. Letters he sent to the federal government regarding Oak Flat are included in the record at ER 223-27.

The members of the International Council of Thirteen Indigenous Grandmothers come together to protect the lands where Indigenous peoples live and upon which these cultures depend.

The MICA Group (Multicultural Initiative for Community Advancement) is a nonprofit organization that has worked with hundreds of Tribal Nations throughout the country on cultural revitalization and other projects.

Professor Vickie Sutton is the Paul Whitfield Horn Distinguished Professor of Law and Director of the Center for Biodefense, Law and Public Policy at the Texas Tech University School of Law. Professor Marcia Zug teachers American Indian Law at the University of South Carolina School of Law. Professors Sutton and Zug are scholars who specialize in Federal Indian Law.[1]

## II. THE PROPOSED *AMICI CURIAE* BRIEF IS DESIRABLE AND RELEVANT.

*Amici's* brief is desirable and relevant by providing expertise on the application of the Religious Freedom Restoration Act's application in the context of Indigenous sacred sites. *Amici* also bring to bear a broader cultural view of the significance of the history of Native American sacred site destruction, the toll that this destruction has taken on Native Americans, and how the Oak Flat litigation fits into this history. The brief will discuss how the substantial burden and compelling government interest analyses ought to be conducted under the Religious Freedom Restoration Act (RFRA) with reliance on case law from this Circuit and the Supreme Court.

---

[1] Amici state that no party's counsel authored the brief in whole or in part; no party's counsel contributed money that was intended to fund preparing or submitting the brief; and no person contributed money that was intended to fund preparing or submitting the brief.

III. **THE PARTIES TO THIS PROCEEDING HAVE CONSENTED TO THE FILING OF *AMICI*'S BRIEF.**

The parties' counsel have consented to the filing of *amici*'s proposed brief.

## CONCLUSION AND RELIEF REQUESTED

For these reasons, the *Amici* respectfully request that the Court grant this Motion and accept its *amicus* brief.

Dated: March 2, 2021

Respectfully submitted,

/s/ *Stephanie H. Barclay*

| | |
|---|---|
| Michalyn Steele | Stephanie H. Barclay |
| Professor of Law | Associate Professor of Law |
| Brigham Young University | Director, Religious Liberty |
| J. Reuben Clark Building | Initiative |
| Provo, Utah 84602 | Notre Dame Law School |
| steelem@law.byu.edu | 3120 Eck Hall of Law |
| Telephone: (801) 422-3239 | Notre Dame, IN 46556 |
| | stephanie.barclay@nd.edu |
| | Telephone: (574) 631-6898 |

*Attorneys for* Amici Curiae

4

## CERTIFICATE OF COMPLIANCE

I certify that this Motion complies with Fed. R. App. P. 32(a)(5) and (6) because it was prepared in 14-point Century Schoolbook, a proportionally spaced font.

I further certify that this Motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(a) because the motion contains 629 words, including footnotes, according to the count of Microsoft Word.

Dated: March 2, 2021        /s/ *Stephanie H. Barclay*
                              Stephanie H. Barclay
                              *Attorney for* Amici Curiae

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2021, I electronically filed the foregoing Motion and attached brief with the Clerk of the Court of the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

Dated: March 2, 2021                    /s/ Stephanie H. Barclay
                                        Stephanie H. Barclay
                                        *Attorney for* Amici Curiae