

October 26, 2021

VIA CM/ECF

Molly C. Dwyer, Clerk of Court
United States Court of Appeals for the Ninth Circuit
James R. Browning Courthouse
95 7th Street
San Francisco, CA 94103

> **Re:** *Apache Stronghold v. United States*, No. 21-15295
> [argued before Judges Berzon, Bea, and Murguia on October 22, 2021]

Dear Ms. Dwyer,

Counsel for Plaintiff-Appellant Apache Stronghold ("Plaintiffs") wishes to correct an inadvertent misstatement made at oral argument.

When asked if any published decisions supported Plaintiffs' argument under the Federal Land Policy Management Act (FLPMA), counsel accurately cited *South Fork Band Council of Western Shoshone of Nevada v. U.S. Department of the Interior*, 588 F.3d 718 (9th Cir. 2009). Counsel then stated, "I think it's maybe two or three lines above our citation to" *Te-Moak Tribe of Western Shoshone Indians of Nevada v. U.S. Department of the Interior*, 565 F. App'x 665 (9th Cir. 2014), in the reply brief. Oral Arg. at 19:48-20:23. That was mistaken. *South Fork Band* is cited eight lines above *Te-Moak* in the opening brief (at 56) in the related case of *Slockish v. U.S. Department of Transportation*, No. 21-35220, in which counsel is also representing the plaintiffs-appellants. But Plaintiffs' reply brief here does not cite *South Fork Band*. It cites *Te-Moak*, which in turn cites and relies on *South Fork Band*, a published opinion from earlier in the same litigation that was decided by the same panel. We regret the inaccuracy and apologize for any confusion it may have caused. Please bring this letter to the prompt attention of the panel.



Sincerely,

/s/ *Luke W. Goodrich*
Luke W. Goodrich
Mark L. Rienzi
Diana Verm Thomson
Joseph C. Davis
Christopher Pagliarella
Daniel D. Benson
Kayla A. Toney
THE BECKET FUND FOR RELIGIOUS LIBERTY
1919 Pennsylvania Ave. NW, Ste. 400
Washington, DC 20036
(202) 955-0095
*lgoodrich@becketlaw.org*

*Attorneys for Plaintiff-Appellant*

cc: All counsel of record (via ECF)