No. 21-15295

# In the United States Court of Appeals for the Ninth Circuit

APACHE STRONGHOLD,

                            Plaintiff-Appellant,

*v.*

UNITED STATES OF AMERICA, ET AL.,

                            Defendants-Appellees.

Appeal from the United States District Court
for the District of Arizona
Honorable Steven P. Logan
(2:21-cv-00050-PHX-SPL)

**MOTION FOR LEAVE TO FILE BRIEF *AMICUS CURIAE* OF THE NATIONAL CONGRESS OF AMERICAN INDIANS, A TRIBAL ELDER, THE INTERNATIONAL COUNCIL OF THIRTEEN INDIGENOUS GRANDMOTHERS, AND THE MICA GROUP SUPPORTING PLAINTIFF-APPELLANT AND EN BANC REHEARING**

STEPHANIE HALL BARCLAY
Associate Professor of Law
Director, Religious Liberty Initiative
FRANCESCA MATOZZO
NOTRE DAME LAW SCHOOL
RELIGIOUS LIBERTY CLINIC
1338 Biolchini Hall
Notre Dame, IN 46556
stephanie.barclay@nd.edu
Telephone: (574) 631-6882

*Counsel for* Amici Curiae

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 26.1, *amici* have no parent corporation and no stock.

**MOTION FOR LEAVE TO FILE AMICUS BRIEF**

Pursuant to Federal Rule of Appellate Procedure 29(a)(3) and Ninth Circuit Rules 29-2 and 29-3, the National Congress of American Indians, Apache elder Ramon Riley, the International Council of Thirteen Indigenous Grandmothers, and the MICA Group (Multicultural Initiative for Community Advancement) respectfully seek leave to file the attached amicus brief supporting Plaintiff-Appellant and en banc rehearing. Appellant Apache Stronghold consents to the filing, while counsel for the government represented that it opposes it. In support of this motion, each organizational amicus states that it is a 501(c)(3) organization that is dedicated to—among other things—preserving the religious freedoms that this case implicates.

The *amici*'s brief is relevant and helpful to the disposition of the case because the brief provides legal and contextual information that explains the errors in the panel's opinion.

Because the brief will assist the Court, this motion should be granted, and the attached brief filed.

Dated: September 13, 2022    Respectfully submitted,

/s/ *Stephanie Hall Barclay*
STEPHANIE HALL BARCLAY
Associate Professor of Law
Director, Religious Liberty Initiative
FRANCESCA MATOZZO
NOTRE DAME LAW SCHOOL
RELIGIOUS LIBERTY CLINIC
1338 Biolchini Hall
Notre Dame, IN 46556
stephanie.barclay@nd.edu
Telephone: (574) 631-6882

*Counsel for* Amici Curiae

## CERTIFICATE OF COMPLIANCE

I certify that this Motion complies with Federal Rule of Appellate Procedure 32(a)(5) and (6) because it was prepared in 14-point Century Schoolbook, a proportionally spaced font. I further certify that this Motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(a) because it contains 175 words according to Microsoft Word.

*/s/ Stephanie Hall Barclay*
Stephanie Hall Barclay

*Counsel for* Amici Curiae
