FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 17 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| APACHE STRONGHOLD, a 501(c)(3) nonprofit organization,<br><br>        Plaintiff-Appellant,<br><br> v.<br><br>UNITED STATES OF AMERICA; THOMAS J. VILSACK, Secretary, U.S. Department of Agriculture (USDA); RANDY MOORE, Chief, USDA Forest Service; NEIL BOSWORTH, Supervisor, USDA Forest Service, Tonto National Forest; TOM TORRES, Acting Supervisor, USDA Forest Service, Tonto National Forest,<br><br>        Defendants-Appellees. | No. 21-15295<br><br>D.C. No. 2:21-cv-00050-SPL District of Arizona, Phoenix<br><br>**ORDER** |

**MURGUIA**, Chief Judge:

    Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion is vacated.