FILED

MAR 10 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| APACHE STRONGHOLD, a 501(c)(3) nonprofit organization, Plaintiff-Appellant, v. UNITED STATES OF AMERICA; et al., Defendants-Appellees. | No. 21-15295 D.C. No. 2:21-cv-00050-SPL District of Arizona, Phoenix ORDER |

IT IS ORDERED that: (1) the American Exploration & Mining Association, Women's Mining Coalition, and Arizona Rock Products Association's Motion for Leave to Participate in Oral Argument as Amici Curiae (Doc. 156) is granted; (2) Plaintiff-Appellant Apache Stronghold's request that the Court expand the total time for oral argument for each side by seven minutes (Doc. 158; *see* Doc. 159) is granted; and (3) the National Congress of American Indians, a Tribal Elder, the International Council of Thirteen Indigenous Grandmothers, and the Mica Group's Motion for Leave to Participate in En Banc Oral Argument as *Amici Curiae* (Doc. 159) is granted. Accordingly, each side will have a total of thirty-seven minutes, and both the Plaintiff's and Defendant's side amici may participate at oral argument for seven minutes each.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By Omar Cubillos
Deputy Clerk
Ninth Circuit Rule 27-7