www.kqed.org /news/11924576/wanna-try-roller-skating-in-san-francisco-better-head-to-church

# Wanna Try Roller-Skating in San Francisco? Better Head to Church

Bay Curious

Amanda Font

Sep 22, 2022



Skaters get warmed up at the beginning of a skate session at the Church of 8 Wheels in San Francisco on Sept. 20, 2022. *(Beth LaBerge/KQED)*

Read the transcript of this episode of Bay Curious.

The Bay Area is filled with unique things to do — you could find a porcelain treasure on a beach covered in 70-year-old ceramics, visit a herd of bison in Golden Gate Park or, as Bay Curious listener Katie Talda discovered, go to a roller disco in an old Catholic church.

Katie and friends recently visited the Church of 8 Wheels, San Francisco's only indoor skating rink. She said it's not what she expected to find based on the outside of the building.

"It's a huge open space and you expect to walk in and, I don't know, go see an opera," she said. "But instead there's people rolling around in circles. Then you get all the fun music playing and lots of cool lighting."

**BAY CURIOUS** Bay Curious is a podcast that answers your questions about the Bay Area. Subscribe on Apple Podcasts, NPR One or your favorite podcast platform.

The novelty of this experience left her wondering: When did the building go from being an active church to a roller-skating rink?



Skaters make their way around the rink while classic disco and soul plays at the Church of 8 Wheels in San Francisco on Sept. 20, 2022. *(Beth LaBerge/KQED)*

## The Godfather of Skate

The Church of 8 Wheels roller disco is run by David G. Miles Jr., a legend in the Bay Area's skate scene. To many he's known as "The Godfather of Skate." As Miles says, "Skating is my entire life." Miles grew up in Kansas City, Missouri, and learned to skate as a kid, taught by his older sisters. He says his family went to the roller rink often: "We went roller-skating like, you know, people go to the movies," he said.

Sponsored

But it was moving to San Francisco that really set him on the path to becoming a roller-skating devotee. Miles arrived in the late '70s, when skating had exploded all over the city, especially in Golden Gate Park. According to the park's own estimates, in the summer of 1979, anywhere between 15,000 and 20,000 skaters would show up to cruise along JFK Drive on Sundays. Miles quickly became part of the scene.

The boom in skating also caused contention with city residents, who pushed for a total ban on skating in San Francisco. Miles joined the Golden Gate Park Skate Patrol, a skating ambassador group formed to keep skaters in the park safe and in designated areas. They skated all the way from San Francisco to Sacramento to make their case to the state of California that cities should be allowed to regulate, but not outright ban, roller-skating. They won.

By the late '80s, Miles was making a living exclusively with skate lessons and events. In 2000, he attended Burning Man for the first time — it would become a regular occurrence for him. He's part of the camp that builds the Black Rock Roller Disco, which they run 24 hours a day the whole week of Burning Man. There is clearly Burning Man influence in Miles' skating outfits, too, and in the space that would become the Church of 8 Wheels.



David Miles skates back to his DJ booth at the Church of 8 Wheels in San Francisco on Sept. 20, 2022. *(Beth LaBerge/KQED)*

## From church to roller disco

The building that now houses the roller rink, at 554 Fillmore Street, is part of what was formerly the Sacred Heart Catholic Church complex, consisting of the church, the rectory, the convent and a school. The church was designed by architect [Thomas John Welsh](#), who designed many other Catholic churches and schools in the Bay Area. Built in 1897, it survived the 1906 earthquake and the 1989 Loma Prieta earthquake.



Sacred Heart Catholic Church, on the corner of Fell and Fillmore streets in San Francisco, 1939. *(Courtesy of San Francisco History Center, San Francisco Public Library)*

In 2004, the Archdiocese of San Francisco announced the church would be closed, due to the high cost of seismic repairs. The property was sold to a private buyer. The building has since been designated a historic landmark in the National Register of Historic Places.

Bay Curious

Sign up for KQED's Bay Curious Newsletter and stay informed on a range of topics, from news about arts and culture to science and technologies.

## Thanks for signing up for the newsletter.

Miles says the roller disco in the church started out as a one-night party. In 2013, a friend of his suggested he get in contact with the owner of the empty church to see if they could host a skate night there. The owner agreed, on the condition that Miles help clean up the inside of the building first. They hosted the party, and it was a success. Miles says he even had a rope light up in the shape of an 8, perhaps anticipating the future Church of 8 Wheels.

Following the success of the first party, the skating night became a weekly event. Now they're up to four nights a week, and Miles said recently they've made their agreement in the space more permanent.

"So we're basically here forever," he said, "It's better than [winning] the lottery. It's so fun. People call it a job, but it's not a job. I would never stop doing this."



David Miles announces that skaters will change direction at the Church of 8 Wheels in San Francisco on Sept. 20, 20 *(Beth LaBerge/KQED)*

Over the years they've made more improvements to the building, refinishing the floor into a smooth surface for skating, and installing a ton of disco lights and a professional sound system. Where the church's main altar once stood, now there's a DJ booth. The Godfather of Skate is usually there playing a collection of disco and soul hits while wearing one of his signature colorful top hats.

Miles also continues to champion skating everywhere in the city. Outside of the church, Miles and his fellow skaters are often found at the now-permanent "Skatin' Place" in Golden Gate Park.

"What you have at [Golden Gate Park] is like my masterpiece outdoor roller rink," said Miles. "I've nurtured it from 1984 all the way up to now. [The city] just improved it. They enlarged it 7,000 more square feet. And to top that off, they did a mural — 93 feet long — that commemorates roller-skating in the park forever."

Quite the change of heart from the city's stance in the 1970s — in part thanks to the Godfather of Skate.



Skaters make their way around the rink while classic disco and soul plays at the Church of 8 Wheels in San Francisco on Sept. 20, 2022.

The New York Review of Books

# The Question of Global Warming

Freeman Dyson
June 12, 2008 issue

**Reviewed:**

A Question of Balance: Weighing the Options on Global Warming Policies
by William Nordhaus
Yale University Press, 234 pp., $28.00

Global Warming: Looking Beyond Kyoto
edited by Ernesto Zedillo
Yale Center for the Study of Globalization/Brookings Institution Press, 237 pp., $26.95 (paper)

I begin this review with a prologue, describing the measurements that transformed global warming from a vague theoretical speculation into a precise observational science.

There is a famous graph showing the fraction of carbon dioxide in the atmosphere as it varies month by month and year by year (see the graph). It gives us our firmest and most accurate evidence of effects of human activities on our global environment. The graph is generally known as the Keeling graph because it summarizes the lifework of Charles David Keeling, a professor at the Scripps Institution of Oceanography in La Jolla, California. Keeling measured the carbon dioxide abundance in the atmosphere for forty-seven years, from 1958 until his death in 2005. He designed and built the instruments that made accurate measurements possible. He began making his measurements near the summit of the dormant volcano Mauna Loa on the big island of Hawaii.

Concentration of Carbon Dioxide in the Atmosphere



## Continue reading
## for just $1 an issue!

Choose a Digital subscription or our best deal—All Access—that includes print and digital issues, full archive access, and the NYR App!

**View Offers**

Or register for a free account to read just this article. Register.

Already a subscriber? Sign in

Advertisement

### Freeman Dyson

Freeman Dyson is Professor of Physics Emeritus at the Institute for Advanced Study in Princeton. (January 2020)

* See Nicholas Stern, *The Economics of Climate Change: The Stern Review* (Cambridge University Press, 2007). 

© 1963-2024 NYREV, Inc. All rights reserved.

Case: 21-15295, 03/01/2024, ID: 12864700, DktEntry: 181-3, Page 9 of 11

DAILY DISH

# Green Faith

By The Daily Dish

MARCH 28, 2007     SHARE     SAVE



Is environmentalism becoming a form of religion? This is a meme sometimes found on the anti-enviro right, and in some extreme cases, they have a point. There is something fundamentalist about those who think of the earth as somehow an entity to be obeyed rather than a place to be simply lived in. The totalism of some animal rights activists has the smack of rigid orthodoxy. We all know how green the roots of the Nazi party were.

But this is an extreme fringe. For the vast majority of people who care about the

environment, the impulse is usually to preserve something we love. At its root, this is a *conservative* impulse. In America, in particular, love of the land has long been a part of patriotism. And where religious faith appears, it isn't necessarily a paean to Gaia. "America, The Beautiful" is an environmentalist hymn. America's greatest poets, Walt Whitman and Emily Dickinson, are intoxicated with the natural beauty of this continent. Part of their intoxication is their sense of the divine saturating the natural. Read Thoreau or Emerson and the same American interaction with nature is palpable. Americans, after all, forged a relationship with wilderness more recently than any Europeans. And there is, therefore, a deeply patriotic form of green thought in America that has been overly neglected by environmentalists and that can and should be reclaimed by political leaders, especially on the right.

There is also, it seems to me, an authentically religious approach to the environment that is completely orthodox and defensible. Christians believe that we have dominion over the earth, and that dominion carries with it a responsibility not just to the creatures we control but to the earth and sea and sky we inhabit. This has been on my mind this week watching the ravishing new series, Planet Earth on Discovery HD Theater. It's a collaboration with the BBC and took five years to make. They use innovative camera techniques - floating a self-stabilizing camera from a balloon to glide across the tree-tops of rain forests or diving equipment to capture the diversity and beauty of the ocean depths. And they photograph everything in high definition. It's lung-filling in its capacity to provoke wonder. If you want to know why this planet is worth conserving, watch it.

Mercifully, the narration (impeccably done by Sigourney Weaver) doesn't get too preachy. Nor does it spare us the brutality of the wild. But the impact of seeing the planet in this detail is enough to drive anyone to environmentalism. I don't believe in a neurotic resistance to all climatic and environmental change. But I do believe in responsible guardianship. The possibility that our carelessness and selfishness in carbon production could rid the world of whole species or transform rich flora into deserts, or drown delicate eco-systems, is a terrible one. And the urge to conserve, to pass the world on unharmed to the next generation is not a radical or necessarily

atheist impulse. It's also a conservative and Christian one. How we lost sight of that is a mystery to me. But technology may help us both see the danger more clearly, and give us new sources of energy to avoid it.

---

2006-2011 archives for The Daily Dish, featuring Andrew Sullivan

cited in Apache Stronghold v. United States No. 21-15295 archived February 27, 2024