UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 26 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| APACHE STRONGHOLD, a 501(c)(3) nonprofit organization,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>UNITED STATES OF AMERICA; et al.,<br><br>        Defendants - Appellees,<br><br>------------------------------<br><br>RESOLUTION COPPER MINING, LLC,<br><br>        Intervenor. | No. 21-15295<br><br>D.C. No. 2:21-cv-00050-SPL<br>U.S. District Court for Arizona, Phoenix<br><br>**ORDER** |

    The amicus brief submitted on April 25, 2024 by Sikh Coalition, et al. is filed. No paper copies are required at this time.

                                                                                                      FOR THE COURT:

                                                                                                      MOLLY C. DWYER
                                                                                                      CLERK OF COURT