UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 26 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| APACHE STRONGHOLD, a 501(c)(3) nonprofit organization,<br><br>       Plaintiff - Appellant,<br><br> v.<br><br>UNITED STATES OF AMERICA; et al.,<br><br>       Defendants - Appellees,<br><br>------------------------------<br><br>RESOLUTION COPPER MINING, LLC,<br><br>       Intervenor. | No. 21-15295<br><br>D.C. No. 2:21-cv-00050-SPL<br>U.S. District Court for Arizona, Phoenix<br><br>**ORDER** |

The amicus brief submitted on April 25, 2024 by Yale Native American Law Students Association, University of Michigan Native American Law Students Association and National Native American Law Students Association is filed. No paper copies are required at this time.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT