No. 21-15295

# In the United States Court of Appeals for the Ninth Circuit

APACHE STRONGHOLD,

Plaintiff-Appellant,

v.

UNITED STATES OF AMERICA, *ET AL.*,

Defendants-Appellees,

AND

RESOLUTION COPPER MINING, LLC,

Intervenor-Defendant-Appellee.

On Appeal from the United States District Court
for the District of Arizona
Case No. 2:21-cv-00050-PHX-SPL (Hon. Steven P. Logan)

**CONSENT BRIEF OF *AMICI CURIAE* THE MENNONITE CHURCH USA, THE PACIFIC SOUTHWEST MENNONITE CONFERENCE, AND 19 ADDITIONAL MENNONITE ORGANIZATIONS[i] TO FILE LATE BRIEF**

Eric N. Kniffin
Ethics & Public Policy Center
1730 M Street, N.W.
 Suite 910
Washington, DC 20036
(202) 682-1200
ekniffin@eppc.org

*Counsel for* Amici Curiae

# CONSENT MOTION FOR LEAVE TO FILE LATE *AMICUS* BRIEF

The Mennonite Church USA, the Pacific Southwest Mennonite Conference, and 19 additional Mennonite organizations (collectively, *amici*) move the Court for leave to file an *amicus* brief out of time. In support of this motion, *amici* state:

1. Plaintiff-Appellant Apache Stronghold filed a petition for rehearing en banc in this matter on April 15, 2024; as such, under Ninth Circuit Rule 29-2(e)(1) the deadline for filing *amicus* brief in support of Apache Stronghold's petition was April 25, 2024.

2. *Amici* filed its brief in support of Apache Stronghold's petition on April 26, 2024 at 12:01 a.m. Dkt. 197.

3. All parties have consented to this motion.

4. A copy of *amici's* brief is attached to this motion.

Respectfully submitted,

s/ Eric N. Kniffin
ERIC N. KNIFFIN
ETHICS & PUBLIC POLICY CENTER
1730 M Street, N.W.
 Suite 910
Washington, DC 20036
(202) 682-1200
ekniffin@eppc.org

April 27, 2024

*Counsel for* Amici Curiae

1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on April 27, 2024. I further certify that service was accomplished on all parties via the Court's CM/ECF system.

Dated: April 27, 2024

s/ Eric N. Kniffin
Eric N. Kniffin

---

[i] Additional amici are: Allegheny Mennonite Conference; Albuquerque Mennonite Church, Albuquerque, NM; Belmont Mennonite Church, Elkhart, IN; Boulder Mennonite Church, Boulder, CO; Columbus Mennonite Church, Columbus, OH; Eighth Street Mennonite Church, Goshen, IN; Faith Mennonite Church, Minneapolis, MN; First Mennonite Church, San Francisco, CA; Germantown Mennonite Church, Philadelphia, PA; Hyde Park Mennonite Fellowship, Boise, ID; Just Peace Council, Seattle Mennonite Church, Seattle, WA; Mennonite Church of the Servant, Wichita, KS; Mennonite Men, Newton, KS; Mennonite Mission Network, Newton, KS; Peace Mennonite Church, Lawrence, KS; Portland Mennonite Church, Portland, OR; Sojourn Mennonite Church, Fort Collins, CO; Walnut Hill Mennonite Church, Goshen, IN; and Waterford Mennonite Church, Goshen, IN.