**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 8 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| APACHE STRONGHOLD, a 501(c)(3) nonprofit organization,<br><br>        Plaintiff-Appellant,<br><br> v.<br><br>UNITED STATES OF AMERICA; THOMAS J. VILSACK, Secretary, U.S. Department of Agriculture (USDA); RANDY MOORE, Chief, USDA Forest Service; NEIL BOSWORTH, Supervisor, USDA Forest Service, Tonto National Forest; TOM TORRES, Acting Supervisor, USDA Forest Service, Tonto National Forest,<br><br>        Defendants-Appellees,<br>_____<br><br>RESOLUTION COPPER MINING, LLC,<br><br>        Intervenor. | No.   21-15295<br><br>D.C. No. 2:21-cv-00050-SPL District of Arizona, Phoenix<br><br>ORDER |

Before: MURGUIA, Chief Judge, and GOULD, BERZON, BEA, BENNETT, R. NELSON, COLLINS, LEE, FORREST, VANDYKE and MENDOZA, Circuit Judges.

     The pending motion for leave to file a late amicus brief is GRANTED (Doc. 203).