UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 22 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| APACHE STRONGHOLD, a 501(c)(3) nonprofit organization, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> UNITED STATES OF AMERICA; et al., <br><br> Defendants - Appellees, <br><br> ------------------------------ <br><br> RESOLUTION COPPER MINING, LLC, <br><br> Intervenor. | No. 21-15295 <br><br> D.C. No. 2:21-cv-00050-SPL <br> U.S. District Court for Arizona, Phoenix <br><br> **MANDATE** |

The judgment of this Court, entered March 01, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT