# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

September 13, 2024

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

      Re:  Apache Stronghold
            v. United States, et al.
           No. 24-291
           (Your No. 21-15295)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on September 11, 2024 and placed on the docket September 13, 2024 as No. 24-291.

      Sincerely,

      **Scott S. Harris**, Clerk

      by

      Susan Frimpong
      Case Analyst