# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

May 27, 2025

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

    Re:  Apache Stronghold
           v. United States, et al.
           No. 24-291
           (Your No. 21-15295)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.  Justice Gorsuch, with whom Justice Thomas joins, dissenting from the denial of certiorari.  Justice Alito took no part in the consideration or decision of this petition.

Sincerely,

*Scott S. Harris*

**Scott S. Harris**, Clerk