# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 6, 2025

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

Re: Apache Stronghold
v. United States, et al.
No. 24-291
(Your No. 21-15295)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for rehearing is denied.  Justice Gorsuch would grant the petition for rehearing.  Justice Alito took no part in the consideration or decision of this petition.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk